# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| Chester L. Watkins, : | |
| : | |
| Plaintiff, : | |
| : | Case No. 3:17cv00322 |
| vs. : | |
| : | District Judge Thomas M. Rose |
| Commissioner of the Social : | Magistrate Judge Sharon L. Ovington |
| Security Administration, : | |
| : | |
| Defendant. : | |

# DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #9), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations docketed on March 29, 2018 (Doc. #9) is ADOPTED in full;

2. Plaintiff's Complaint is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b); and

3. The case is terminated on the docket of this Court.

May 4, 2018                                                     s/Thomas M. Rose
                                                                                    Thomas M. Rose
                                                                  United States District Judge